IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

THE RECALL COMMITTEE
DISTRICT 2, CITY OF QUINCY,
FLORIDA,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Appellant,

CASE NO. 1D15-1097

v.

MICAH BROWN, COMMISSIONER
DISTRICT 2, CITY OF QUINCY,
FLORIDA

      Appellee.

_____/

Opinion filed April 4, 2016.

An appeal from the Circuit Court for Leon County.
Charles A. Francis, Judge.

Jack L. McLean, Jr., of McLean Jr. and Company, LLC, Tallahassee and Larry K. White of Larry K. White, LLC, Tallahassee., for Appellant.

Robert E. Larkin, III and J. Wes Gay, of Allen Norton & Blue, P.A., Tallahassee, for Appellee.


PER CURIAM.

      AFFIRMED.

WETHERELL, ROWE, and RAY, JJ., CONCUR.